## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SEBASTIAO WANTUIL ROCHA,                    Civil Action No.  26-7579 (RK)

         Petitioner,

                                         ORDER

        v.

RODNEY S. SCOTT, et. al,

         Respondents.

This Court having screened the Petition for summary dismissal pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), and for the reasons explained in the accompanying Memorandum;

IT IS, on this __31__ day July 2026;

ORDERED that the habeas Petition brought pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction, as Petitioner fails to meet the "in custody" requirement for habeas relief; and it is further

ORDERED that the remaining APA, statutory, and constitutional claims are dismissed WITHOUT PREJUDICE as improperly filed in this habeas action, as Petitioner was not in custody at the time of filing and the claims do not have a nexus to Petitioner's release from unlawful detention; and it is further

ORDERED that the Motions at ECF Nos. 2-3 are DENIED in light of the dismissal of the underlying Petition; and it is further

ORDERED that DLA Immigration Aid shall not file any submissions through the ADS system on Petitioner's behalf unless that submission is accompanied by a certification explaining the organization's role in the case and clarifying whether its employees are providing legal

advice to Petitioner or performing legal services, including the drafting of any legal documents; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner at the address on file and mark this case as CLOSED.

ROBERT KIRSCH
United States District Judge